No. 99–9691. CISNEROS LEDESMA, AKA GARCIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–9700. BROOKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9704. LIPSCOMB ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–9711. WINTERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–9714. PEARSALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9716. REYNOLDS v. OHIO. Ct. App. Ohio, Miami County. Certiorari denied.

No. 99–9725. PENA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9727. SPADE v. OHIO. Ct. App. Ohio, Miami County. Certiorari denied.

No. 99–9728. FRAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9733. HAZEL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–9742. HINOJOSA v. PURDY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–9744. HUNT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9758. BIVINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9759. COLLINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–9764. ALALADE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.